FILED - GR
February 6, 2023 2:15 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: KB/2/6

Dear Clerk of Court,

Sorry for any inconvienance I had to send my petition by way of two envelopes because of postage at facility if you would please send me a copy of the complete petition for my records stamped received and filed into the record.

Sincerely, Gerald Hudson Jr.
Ottawa County Jail
Inmate # 1081041 B5

1:23-cv-141
Ray Kent
U.S. Magistrate Judge

Inmate Name: Gerald Hudson Jr
Inmate ID # 1081041   Location B5
Ottawa County Jail
12130 Fillmore St.
West Olive Mi. 49460
This Stamp identifies this correspondence as
Having been mailed by an Offender Incarcerated
At the above Institution:
" WARNING NOT RESPONSIBLE FOR CONTENTS"

GRAND RAPIDS MI  493

3 FEB 2023   PM 1  L



THIS CORRESPONDENCE IS FROM
A PERSON INCARCERATED
AT THE OTTAWA COUNTY JAIL

Clerk, U.S. District Court.
399 Federal Bldg.
110 Michigan St, NW
Grand Rapids, MI 49503

49503-236399