UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

GERALD LEE HUDSON, JR.,

        Petitioner,

Case No. 1:23-cv-141

v.

Honorable Ray Kent

STEVEN KEMPKER,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: March 1, 2023　　　　　　　　　/s/ Ray Kent
                                                        Ray Kent
                                                        United States Magistrate Judge