UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

GERALD LEE HUDSON, JR.,

    Petitioner,

Case No. 1:23-cv-141

v.

Honorable Ray Kent

STEVEN KEMPKER,

    Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.


Dated: March 1, 2023

/s/ Ray Kent
Ray Kent
United States Magistrate Judge